IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| P4S, LLC,<br><br>                Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A",<br><br>                Defendants. | Case No. 25-cv-02106<br><br>Judge Jorge L. Alonso<br>Magistrate Judge M. David Weisman |

**MOTION TO INCREASE PAGE LIMIT OF BRIEF IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, EXPEDITED DISCOVERY, AND ALTERNATIVE SERVICE**

Plaintiff P4S, LLC is requesting temporary relief related to, *inter alia*, its copyright infringement and design patent infringement claims, as well as pendent claims arising under Illinois law. To fully support its Motion for a temporary restraining order, Plaintiff has prepared a brief in excess of fifteen (15) pages to explain why relief should be granted for these claims. These claims are complex and require careful explanation spanning approximately eighteen (18) pages.

Therefore, Plaintiff requests that the page limit be increased from fifteen (15) pages to eighteen (18) pages, with a Table of Contents and Table of Authorities included, so that Plaintiff can fully present its Motion for a Temporary Restraining Order and a Brief in Support of the same in accordance with Local Rule 7.1.

| | |
|---|---|
| Dated: March 3, 2025 | Respectfully submitted, |
| | /s/ James E. Judge |
| | Zareefa B. Flener (IL Bar No. 6281397)<br>James E. Judge (IL Bar No. 6243206)<br>Ying Chen (IL Bar No. 6346961)<br>Flener IP Law, LLC<br>77 West Washington Street, Suite 800<br>Chicago, Illinois 60602<br>(312) 724-8874<br>jjudge@fleneriplaw.com |